**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6207**

---

ROBERT A. CUFFEE,

                                 Plaintiff - Appellant,

      versus

NURSE LUCY, Medical Department; RONALD COKER;
E. BEALOR, Assistant Warden; MR. DOTSON,
Warden of Lawrenceville Correctional Center;
MR. RUFFIN, Assistant of Operations; MS.
BADGETT, Medical Head Nurse,

                                 Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-02-888)

---

Submitted: March 20, 2003          Decided: March 31, 2003

---

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert A. Cuffee, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert A. Cuffee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000), complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Cuffee v. Lucy</u>, No. CA-02-888 (E.D. Va. filed Jan. 8, 2003; entered Jan. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>